No. 87–36. Investment Company Institute et al. v. Federal Deposit Insurance Corporation et al. C. A. D. C. Cir. Certiorari denied.

No. 87–37. Eades v. Sterlinske et al. C. A. 7th Cir. Certiorari denied.

No. 87–38. Granada Electronics, Inc. v. Original Appalachian Artworks, Inc. C. A. 2d Cir. Certiorari denied.

No. 87–39. Gregory, Sheriff of Patrick County, Virginia v. United States. C. A. 4th Cir. Certiorari denied.

No. 87–41. Belak et al. v. United States Steel Corporation Plan for Employee Pension Benefits. C. A. 3d Cir. Certiorari denied.

No. 87–43. Conners v. Culinary Workers Union, Local 226. C. A. 9th Cir. Certiorari denied.

No. 87–44. Tulane Hotel Investors Limited Partnership v. First Financial Bank, FSB, et al. C. A. 5th Cir. Certiorari denied.

No. 87–46. Fondo v. Sheindlin, Individually and as Judge of the Family Court of the State of New York, Bronx County, et al. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 87–47. Courtright v. Ohio. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 87–48. A. W., a Minor, by and Through his Father and Next Friend, N. W., et al. v. Northwest R–1 School District et al. C. A. 8th Cir. Certiorari denied.

No. 87–49. Alaska Airlines, Inc., et al. v. Brock, Secretary of Labor, et al. C. A. D. C. Cir. Certiorari denied.